## HENRY W. SIEGRIST *v.* ZBIGNIEW KOWALCZYK
### (15631)

Dupont, C. J., and Spear and Hennessy, Js.

Submitted on briefs January 29—officially released February 25, 1997

Per Curiam. The judgment is affirmed.

## PATRICK O'BRIEN *v.* DENNIS O'BRIEN
### (15823)

O'Connell, Lavery and Schaller, Js.

Submitted on briefs January 29—officially released February 25, 1997

Per Curiam. The judgment is affirmed.

## JOHN HERMAN SIMMECK *v.* ANN MARGARET SIMMECK
### (15769)

O'Connell, Lavery and Schaller, Js.

Submitted on briefs January 29—officially released February 25, 1997

Per Curiam. The judgment is affirmed.